THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 11, 2018



G. Michael Halfenger
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re: DANIEL THOMAS LORUM<br>JESSICA SUSAN LORUM | CHAPTER 13 |
| Soc. Sec. No. xxx-xx-7702<br>xxx-xx-2773 | Case No. 18-23131-GMH |

### ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR

To DANIEL THOMAS LORUM & JESSICA SUSAN LORUM the above named debtor(s):

IT IS ORDERED THAT:

1. You shall pay the sum of **$196.00 Monthly** to the Chapter 13 Trustee within 30 days after you file your case (NOT 30 days after you receive this notice).

2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee. INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE. PLEASE MAKE PAYABLE AND MAIL TO:

**CHAPTER 13 TRUSTEE**
**P.O. BOX 730**
**MEMPHIS, TN 38101-0730**

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
DANIEL THOMAS LORUM
JESSICA SUSAN LORUM
5467 S. 113TH STREET
HALES CORNERS, WI 53130

**Debtor(s) Attorney:**
MILLER & MILLER
633 WEST WISCONSIN AVENUE
SUITE 500
MILWAUKEE WI 53203-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

                                              Trustee Issued Date: April 11, 2018
#####