UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                            Chapter 13
DANIEL THOMAS LORUM                    Case No.   18-23131-GMH
JESSICA SUSAN LORUM

        Debtors.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtors.

**<u>Your rights may be affected.</u>**   **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**   **(If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **June 5, 2018 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

      Dated at Milwaukee, Wisconsin, on May 18, 2018.


                                           /s/_____
                                           Scott Lieske, Trustee
                                           Robert W. Stack, Staff Attorney
                                           Christopher D. Schimke, Staff Attorney
                                           Sandra M. Baner, Staff Attorney
                                           Chapter 13 Standing Trustee
                                           P.O. Box 510920
                                           Milwaukee, Wisconsin 53203
                                           T: (414) 271-3943
                                           F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
DANIEL THOMAS LORUM                    Chapter 13
JESSICA SUSAN LORUM                    Case No. 18-23131-GMH
           Debtors.

_____

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN**
_____

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The Trustee is unable to determine if the plan satisfies 11 U.S.C. § 1325(a)(6) and § 1325(b) as the Debtors did not provide paystubs to support the claimed wage income from the Debtor-husband's new position with the City of Milwaukee. Furthermore, Schedule J only shows approximately $129 per month available to make the proposed plan of $196 per month.

    Dated at Milwaukee, Wisconsin, on May 18, 2018

                    OFFICE OF CHAPTER 13 TRUSTEE

                    /s/_____
                    Scott Lieske, Chapter 13 Trustee
                    Robert W. Stack, Staff Attorney
                    Christopher D. Schimke, Staff Attorney
                    Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI 53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:  
DANIEL THOMAS LORUM &  
JESSICA SUSAN LORUM,  
          Debtors.

Chapter 13  
Case No. 18-23131-GMH

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2018, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE  
        MILLER & MILLER

    I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

        DANIEL THOMAS LORUM & JESSICA SUSAN LORUM  
        5467 S. 113TH STREET  
        HALES CORNERS, WI 53130

    Dated:   May 18, 2018

/s/_____  
Tongula Washington  
Administrative Assistant  
Office of the Chapter 13 Trustee  
P.O. Box 510920  
Milwaukee, WI 53203  
T: (414) 271-3943  
F: (414) 271-9344