# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

| Debtor | Case No. |
|---|---|
| DONELL ALLEN, SR. AND BRIDGET LYNETTE ALLEN | Case No. 14-25404-GMH |
| TIMOTHY JOHN KISKA AND SUE LOUISE KISKA | Case No. 15-20268-GMH |
| DELILA M. DAWSON | Case No. 15-21669-GMH |
| PAMELA KIMERLY HACKBARTH | Case No. 15-26113-GMH |
| BARBARA J. COSTABILE | Case No. 15-28038-GMH |
| WAYNE TAYLOR | Case No. 15-32356-GMH |
| RANDY ORIN BUELOW AND SHARYN RAE BUELOW | Case No. 16-20679-GMH |
| KIMBERLY NICOLE ROBINSON | Case No. 16-24439-GMH |
| JAY DUANE POISSANT AND VERONIC MARIE POISSANT | Case No. 16-25010-GMH |
| DENISE ANN HEMPEL | Case No. 16-31211-GMH |
| EDWARD MICHAEL PIPP AND LAURA ANN PIPP | Case No. 17-21390-GMH |
| ANGELIA D. GATSON | Case No. 17-22198-GMH |
| CYNTHIA L. DERRY | Case No. 17-23656-GMH |
| DEBRA ANN RUSCH | Case No. 17-30804-GMH |
| TERRI L. MICHEL | Case No. 17-30804-GMH |
| LARRY B. BRAZIL | Case No. 17-31091-GMH |
| STEVEN LEE ANDERSON AND BONNIE SUE ANDERSON | Case No. 18-20225-GMH |
| SHARON LYNN TAYLOR | Case No. 18-21118-GMH |
| DANIEL THOMAS LORUM AND JESSICA SUSAN LORUM | Case No. 18-23131-GMH |
| LA SONYA CAROL WILSON | Case No. 18-23550-GMH |
| TA'VODCA O CURRIN | Case No. 18-23696-GMH |
| VERONIKA C RADCLIFF | Case No. 18-24501-GMH |
| CHARTINA MARILYN SMITH | Case No. 18-24845-GMH |
| ROBERT ALAN ONEY AND LORI LYNN ONEY | Case No. 18-25335-GMH |
| TAWANDA E. BUFORD | Case No. 18-25755-GMH |
| RONALD LEE VINCENT, JR. | Case No. 18-26237-GMH |
| BILLY D. SMITH, JR. | Case No. 18-26667-GMH |
| CELESTINE PATTON | Case No. 18-27484-GMH |
| SHEILA DIANNA WILLIAMS | Case No. 18-27558-GMH |
| NICHELLE L. CRAWLEY | Case No. 18-28138-GMH |
| KENNETH HOUSTON | Case No. 18-28164-GMH |
| TOMEKA L. HICKS | Case No. 18-28314-GMH |
| LESLIE GENE GESSNER AND AMY LOUISE GESSNER | Case No. 18-29569-GMH |
| ANGELO DUPREE ALFORD | Case No. 18-29898-GMH |

Debtors.

## STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR DEBTORS AND MOTION FOR APPROVAL OF STIPULATION
(No Change in Law Firm Representation)

The undersigned attorneys stipulate to the substitution of Krysta L. Kerr in place of Angela M. Soltis as attorney of record for the Debtors. We certify that each Debtor named signed

a letter of engagement hiring Miller & Miller Law, LLC and provides for substituting of the responsible attorney without notice.

The undersigned attorneys further move for approval of the stipulation.

Dated: __12/20/2018__

**RESPECTFULLY SUBMITTED**

By: /s/ Krysta L. Kerr                                By: /s/ Angela M. Soltis