UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:
DANIEL THOMAS LORUM  Chapter 13
JESSICA SUSAN LORUM  Case No. 18-23131-GMH
      Debtors.
_____

**TRUSTEE'S NOTICE OF TELEPHONE HEARING AND
TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN**
_____

**NOTICE**

The Trustee, Scott Lieske, has filed the accompanying Objection to Confirmation of Debtors' proposed Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **April 4, 2023 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation.   **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.** Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

**OBJECTION TO CONFIRMATION**

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The Debtors failed to demonstrate that the proposed plan modification satisfies 11 U.S.C. §§ 1325(a)(3) and (a)(6).   The proposed modification provides for an increase in the monthly plan payment but the Debtors failed to file an amended budget to accompany the modification.

                            OFFICE OF CHAPTER 13 TRUSTEE

                            /s/_____
                            Scott Lieske, Chapter 13 Trustee
                            Christopher D. Schimke, Staff Attorney
                            Kyle R. Knutson, Staff Attorney
                            Judith L. Du Sell, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of:<br>DANIEL THOMAS LORUM &<br>JESSICA SUSAN LORUM,<br>                      Debtors. | Chapter 13<br>Case No. 18-23131-GMH |

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the **TRUSTEE'S NOTICE OF TELEPHONE HEARING AND TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system on the date of the electronic signature affixed hereto:

            OFFICE OF THE U.S. TRUSTEE
            MILLER & MILLER

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

            DANIEL THOMAS LORUM & JESSICA SUSAN LORUM
            5467 S. 113TH STREET
            HALES CORNERS, WI 53130

            /s/_____
            Tongula Washington
            Administrative Assistant
            Office of the Chapter 13 Trustee
            P.O. Box 510920
            Milwaukee, WI 53203
            T:  (414) 271-3943
            F:  (414) 271-9344