So Ordered.

Dated: April 14, 2023



G. Michael Halfenger
Chief United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

---

| | |
|---|---|
| In re:    DANIEL THOMAS LORUM | CHAPTER 13 |
| JESSICA SUSAN LORUM | |
| | Case No. 18-23131-GMH |
| Soc. Sec. No.    xxx-xx-7702 | |
| xxx-xx-2773 | |
| | **\*AMENDED\*** |

---

### ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR

---

To DANIEL THOMAS LORUM & JESSICA SUSAN LORUM the above named debtor(s):

IT IS ORDERED THAT:

1.   You shall immediately commence paying the sum of **\*\*$1,760.00 Monthly starting April 2023\*\***, to the Chapter 13 Trustee.

2.   Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee.   INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE.   **PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE**
**P.O. BOX 730**
**MEMPHIS, TN 38101-0730**

**or to pay electronically go to https://tfsbillpay.com**

3.   This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
DANIEL THOMAS LORUM
JESSICA SUSAN LORUM
5467 S. 113TH STREET
HALES CORNERS, WI   53130

**Debtor(s) Attorney:**
MILLER & MILLER
633 WEST WISCONSIN AVENUE
SUITE 500
MILWAUKEEWI 53203-


Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344


Trustee Issued Date:   April 14, 2023

#####